UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FITZGERALD & ASSOCIATES, P.C.
Nicholas Fitzgerald -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com
Counsel for Debtor

Order Filed on January 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ingrid Cedano

Case No.: 15-16769-VFP
Chapter: 13
Judge: V. F. Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 25, 2017**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Fitzgeral & Associates, P.C._____, the applicant, is allowed a fee of $ _____$400.00_____ for services rendered and expenses in the amount of $_____Zero_____ for a total of $_____$400.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____170.00____ per month for ___final 14___ months to allow for payment of the above fee.

*Starting with the payment due on March 1st, 2017*

*rev.8/1/15*