UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

**Order Filed on February 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Ingrid Cedano,

Debtor.

Case No.: 15-16769-VFP

Adv. No.:

Hearing Date: 1/5/2017

Judge: Vincent F. Papalia

## ORDER CURING ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 10, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtosr:  Ingrid Cedano
Case No:  15-16769-VFP
Caption of Order:  ORDER CURING ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst BAnk, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 68 Lembeck Avenue, Jersey City, NJ 07305, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Sarah Crouch, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of January 15, 2017, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due September 2016 January 2017 for a total post-petition default of $8,678.92 (5 @ $2,045.95, Late Charges 12 @ $28.93, less suspense balance of $1,897.99); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $8,678.92 will be paid over nine months by Debtor remitting $964.32 per month for eight months and $964.36 for on month in addition to the regular monthly mortgage payment, which additional payments shall begin on February 1, 2017 until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume February 1, 2017, directly to Secured Creditor care of its servicer, MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $176.00 for filing fees, totaling $526.00, which is to be paid through Debtors' Chapter 13 plan, and that this motion is hereby resolved.