Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

                              Case No.:  15−16769−VFP
                              Chapter:  13
                              Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ingrid Cedano
    68 Lembeck Avenue
    Jersey City, NJ 07305
Social Security No.:
    xxx−xx−1099
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/4/18 at 11:00 AM

to consider and act upon the following:

*30* – Creditor's Certification of Default (related document:21 Motion for Relief from Stay re: 68 Lembeck Avenue, Jersey City NJ 07305. Fee Amount &#036 176. filed by Creditor MidFirst Bank, 22 Opposition filed by Debtor Ingrid Cedano, Hearing Held, 28 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 12/21/2017. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*31* – Certification in Opposition to (related document:30 Creditor's Certification of Default (related document:21 Motion for Relief from Stay re: 68 Lembeck Avenue, Jersey City NJ 07305. Fee Amount &#036 176. filed by Creditor MidFirst Bank, 22 Opposition filed by Debtor Ingrid Cedano, Hearing Held, 28 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 12/21/2017. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Jenee K. Ciccarelli on behalf of Ingrid Cedano. (Attachments: # 1 Exhibit A) (Ciccarelli, Jenee)

Dated: 12/20/17

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court