Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−16769−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Ingrid Cedano
 68 Lembeck Avenue
 Jersey City, NJ 07305

Social Security No.:
 xxx−xx−1099

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/4/18 at 11:00 AM

to consider and act upon the following:

*30* − Creditor's Certification of Default (related document:21 Motion for Relief from Stay re: 68 Lembeck Avenue, Jersey City NJ 07305. Fee Amount &#036 176. filed by Creditor MidFirst Bank, 22 Opposition filed by Debtor Ingrid Cedano, Hearing Held, 28 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 12/21/2017. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*31* − Certification in Opposition to (related document:30 Creditor's Certification of Default (related document:21 Motion for Relief from Stay re: 68 Lembeck Avenue, Jersey City NJ 07305. Fee Amount &#036 176. filed by Creditor MidFirst Bank, 22 Opposition filed by Debtor Ingrid Cedano, Hearing Held, 28 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 12/21/2017. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Jenee K. Ciccarelli on behalf of Ingrid Cedano. (Attachments: # 1 Exhibit A) (Ciccarelli, Jenee)

Dated: 12/20/17

                                                                  Jeanne Naughton
                                                                   Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Ingrid Cedano  
    Debtor

Case No. 15-16769-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 20, 2017  
                       Form ID: ntchrgbk      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.  
db          +Ingrid Cedano,   68 Lembeck Avenue,   Jersey City, NJ 07305-3938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
            Joshua I. Goldman    on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
            Marie-Ann Greenberg    magecf@magtrustee.com  
            Nicholas Fitzgerald    on behalf of Debtor Ingrid Cedano nickfitz.law@gmail.com  
                                                                                                                                                                                  TOTAL: 4