**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0    Valuation of Security    0    Assumption of Executory Contract or Unexpired Lease    1 ▼ Lien Avoidance

Last revised: December 1, 2017

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:                                                                                           Case No.:  __15-16769__

Ingrid Cedano                                                                          Judge:  __Papalia__

               Debtor(s)

### Chapter 13 Plan and Motions

☐ Original                    ☒ Modified/Notice Required                    Date: __12/19/2017__

☐ Motions Included      ☐ Modified/No Notice Required


THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: _[signature]_    Initial Debtor: _[signature]_    Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ ___419**___ per ___month___ to the Chapter 13 Trustee, starting on ___January 1, 2018___ for approximately ___16**___ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

Debtor has already paid into the plan a total of $4,736.00 - 22 payments at $138 and 9 payments at $170. The plan is being modified to include post-petition mortgage arrears. An order authorizing these payments will also be filed with the court. The plan is being extended an additional 12 months and will be 48 months in total.

| Part 2: | Adequate Protection ☒ NONE |
|---|---|
| a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor). | |
| b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor). | |

**Part 3: Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,000 |
| DOMESTIC SUPPORT OBLIGATION | N/A | N/A |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☒ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4: Secured Claims**

a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| MidFirst Bank | 68 Lembeck Ave. Jersey City, NJ 07305 | $4,922.64 | 0.00 | $4,922.64 | $2002.38 |

b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| US Dept of Housing and Urban Development (Second Mortgage) | 68 Lembeck Ave. Jersey City, NJ 07305 | $54,531.75 | $143,000 | Midfirst Bank, $144,710.51 | 0.00 | 0.00 | pro rata with unsecured creditors |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

US Dept and Housing and Urban Development

e. Surrender ☒ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

f. Secured Claims Unaffected by the Plan ☐ NONE

The following secured claims are unaffected by the Plan:

| g. Secured Claims to be Paid in Full Through the Plan: ☒ NONE | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|  |  |  |

**Part 5:   Unsecured Claims ☐ NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:   Executory Contracts and Unexpired Leases ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

### Part 7: Motions ☐ NONE

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.  ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| US Dept. of Housing and Urban Development (Second Mortgage) | 68 Lembeck Ave., Jersey City, NJ | $54,531.75 | $143,000 | Midfirst $144,710.51 | 0.00 | $54,531.75 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative and Secured Claims
3) Priority Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☒ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____4/15/15_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Include post petition arrears to the first mortgage; add treatment of second mortgage | Plan payments will be increased starting January 1, 2018 and the plan term will be extended an additional 12 months; second mortgage will be stripped; debtor's first mortgage payment decreased $280 a month which allows for this adjustment. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: __12/19/17__                    _[signature]_
                                       Attorney for the Debtor

Date: __12/19/17__                    _[signature]_
                                       Debtor

Date: _____                  _____
                                       Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 12/19/17

_-signature-_
Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 12/19/17

_-signature-_
Debtor

Date: _____

_____
Joint Debtor

Case 15-16769-VFP    Doc 41    Filed 12/22/17    Entered 12/23/17 00:41:55    Desc Imaged
Certificate of Notice    Page 10 of 12

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                  Case No. 15-16769-VFP
Ingrid Cedano                                                           Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0312-2            User: admin                  Page 1 of 2                  Date Rcvd: Dec 20, 2017
                                Form ID: pdf901              Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
db             +Ingrid Cedano,    68 Lembeck Avenue,    Jersey City, NJ 07305-3938
515447550     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:    Childrens Place/Citicorp Credit Services,
                 Attn: Citicorp Credit Services,    Po Box 20507,    Kansas City, MO 64195)
515447549      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
515680407       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515647595      +Cavalry SPV I, LLC,    Assignee of Capital One Bank (USA), N.A.,     Bass & Associates, P.C.,
                 3936 E Ft. Lowell Road Suite #200,    Tucson, AZ 85712-1083
515447551      +Comenity Bank/Express,    Attn: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
515474570      +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515474571      +Department Stores National Bank For Macys Visa Bra,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515447555      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515447561      +Macys,    PO Box 183083,    Columbus, OH 43218-3083
515618486      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515447563      +Midland Mortgage Company/Mid First Bank,     Attention: Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
515447564      +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
515447567      +Pressler & Pressler,    Attorneys At Law,    7 Entin Road,    Parsippany, NJ 07054-5020
515447568      +Ragan & Ragan,    3100 Route 138 West,    Wall, NJ 07719-9021
515447569      +State of New Jersey,    Jersey City Municipal Court,    365 Summit Avenue,
                 Jersey City, NJ 07306-3112
515447572      +Target National Bank,    PO Box 673,    Minneapolis, MN 55440-0673
515447573      +Td Rcs/group Usa Inc,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
515476792      +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                 Washington, DC 20410-0002
515447574      +Velocity Investments,    1800 State Route 34,    Belmar, NJ 07719-9147
515447575      +Visa Dept. Stores,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
515447576      +Wachrl,    P.o. Box 3117,    Winston-salem, NC 27102-3117
515447577      +Wells Fargo Bank Nv Na,    Attn: Deposits Bankruptcy MAC# P6103-05K,     Po Box 3908,
                 Portland, OR 97208-3908
515447579      +World Financial Network Bank,    PO Box 182125,    Columbus, OH 43218-2125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2017 21:48:41      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2017 21:48:40       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515454442       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2017 21:54:01
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
515447552      +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 20 2017 21:48:52
                 Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
515447553      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 20 2017 21:53:58      Credit One Bank,
                 Po Box 98873,   Las Vegas, NV 89193-8873
515457854       E-mail/Text: mrdiscen@discover.com Dec 20 2017 21:48:30      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
515447554      +E-mail/Text: mrdiscen@discover.com Dec 20 2017 21:48:30      Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
515447556      +E-mail/Text: fggbanko@fgny.com Dec 20 2017 21:48:31      Forster Garbus & Garbus,
                 Attorneys At Law,    7 Banta Place,   Hackensack, NJ 07601-5604
515447558      +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2017 21:41:21      GECRB/ Old Navy,
                 Attention: GEMB,    Po Box 103104,   Roswell, GA 30076-9104
515447559      +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2017 21:41:58      GECRB/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
515447557      +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2017 21:41:58      Ge Money Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
515447560      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 20 2017 21:48:31      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515657375       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 20 2017 21:41:38
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
515447562      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2017 21:48:40      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
515447566       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2017 21:54:24
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
515447565       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2017 21:54:10
                 Portfolio Recovery,    Attn Bankruptcy Department,    PO Box 41067,    Norfolk, VA 23541
515688366       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2017 21:54:01
                 Portfolio Recovery Associates, LLC,    c/o Old Navy,    POB 41067,    Norfolk VA 23541
515689422       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2017 21:54:11
                 Portfolio Recovery Associates, LLC,    c/o Victoria's Secret,    POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-2         User: admin              Page 2 of 2               Date Rcvd: Dec 20, 2017
                             Form ID: pdf901          Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515447570       +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2017 21:41:21      Syncb/banana Rep,   Po Box 965005,
                 Orlando, FL 32896-5005
515447571       +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2017 21:41:36      Syncb/gap,   Po Box 965005,
                 Orlando, FL 32896-5005
515447578       +E-mail/PDF: bk@worldacceptance.com Dec 20 2017 21:41:37        World Financial Network Bank,
                 Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541-1067
                                                                                               TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517236950*     +U.S. Department of Housing,   and Urban Development,   451  7th Street, S.W.,
                Washington, DC 20410-0002
                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas  Fitzgerald    on behalf of Debtor Ingrid  Cedano nickfitz.law@gmail.com
                                                                                            TOTAL: 4
```