UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Fitzgerald & Crouch, P.C.
James J. Fitzpatrick, Esq. (JF7028)
649 Newark Avenue
Jersey City, New Jersey 07306
Phone (201) 533-1100
Fax (201) 533-1111
Counsel for the Debtor

In Re:

INGRID CEDANO

Case No.: 15-16769

Judge: Papalia

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

☑ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

☐ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (**choose one**):

1. ☐ Motion for Relief from the Automatic Stay filed

    by_____, creditor,

    A hearing has been scheduled for _____, at _____m.

    OR

    ☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____m.

    ☑ Certification of Default filed by _____MidFirst Bank_____, creditor,

    I am requesting a hearing be scheduled on this matter.

    OR

    ☐ Certification of Default filed by Standing Chapter 13 Trustee

    I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

☑ Payments have been made in the amount of $ __4004.76__, but have not been accounted for. Documentation in support is attached hereto.

☑ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

> I fell behind on my mortgage payments as a result of a lost tenant. I now have a new tenant and I am trying to catch up on my mortgage payments. I just need a little time to catch up. I can send out $2,042 immediately and make equal payments over the course of the next six (6) months in addition to my regular monthly mortgage payment in order to become current.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 5/8/19                                    _____
                                                 Debtor's Signature

Date: _____                            _____
                                                 Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss*.

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within 14 days of the filing of a *Creditor's Certification of Default (*under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default*.

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**



INGRID LEONOR CEDANO  |  Account # 3810 3257 3198  |  January 26, 2019 to February 22, 2019

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 01/31/19 | Online Banking transfer from CHK 0407 Confirmation# 2595506328 | 200.00 |
| 02/05/19 | BKOFAMERICA ATM 02/05 #000003999 DEPOSIT BAYONNE - 45TH S  BAYONNE    NJ | 3,440.00 |
| **Total deposits and other additions** | | **$3,640.00** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| 02/05/19 | TWIN CITY SUPE  02/05 #000953448 PURCHASE TWIN CITY SUPER    JERSEY CITY  NJ | -34.37 |
| 02/06/19 | WM SUPERC Wal-  02/06 #000116441 PURCHASE WM SUPERC Wal-Mar  BAYONNE    NJ | -54.21 |
| **Total ATM and debit card subtractions** | | **-$88.58** |

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 01/31/19 | OLLO MASTERCARD Bill Payment | -100.00 |
| 01/31/19 | TJX REWARDS CREDIT CARD Bill Payment | -40.00 |
| 01/31/19 | FIRST PREMIER BANK Bill Payment | -30.00 |
| 02/06/19 | Midland Mortgage Bill Payment | -2,002.38 |
| 02/06/19 | Jersey City Municipal Utilities Bill Payment | -640.60 |
| 02/06/19 | PSE&G New Jersey Bill Payment | -408.94 |
| 02/06/19 | PSE&G New Jersey Bill Payment | -48.40 |
| 02/07/19 | WAYFAIR     Bill Payment | -40.00 |
| 02/19/19 | MACYS     DES:ONLINE PMT ID:112885524113619  INDN:INGRID CEDANO    CO ID:CITICTP   WEB | -30.00 |
| **Total other subtractions** | | **-$3,340.32** |



### Experience the arts for free
Get one free general admission when you show your Bank of America® card and a photo ID at more than 200 cultural institutions on the first full weekend of every month.

Visit **bankofamerica.com/ArtsOnUs** to learn more and find a participating location near you.

Bank of America

LIFE / BETTER CONNECTED®

SSM-06-18-0072.C | ARB4YMCM

INGRID LEONOR CEDANO  |  Account # 3810 3257 3198  |  March 26, 2019 to April 24, 2019

## Withdrawals and other subtractions - continued

### Other subtractions

| Date | Description | | Amount |
|---|---|---|---:|
| 03/28/19 | COMENITY PAY IL  DES:PHONE PYMT ID:P190862258367165  INDN:INGRID CEDANO  ID:1133163498 TEL | CO | -40.00 |
| 03/29/19 | OLLO MASTERCARD Bill Payment | | -100.00 |
| 03/29/19 | FIRST PREMIER BANK Bill Payment | | -60.00 |
| 04/09/19 | Midland Mortgage Bill Payment | | -2,002.38 |
| 04/10/19 | Wayfair      Bill Payment | | -100.00 |
| 04/10/19 | the children's place Bill Payment | | -30.00 |
| 04/10/19 | Macy's      Bill Payment | | -30.00 |
| 04/10/19 | TJX Rewards Credit Card Bill Payment | | -30.00 |
| 04/10/19 | Banana Republic Card Bill Payment | | -25.00 |
| 04/11/19 | Lowe's Consumer Credit Card Bill Payment | | -30.00 |
| 04/12/19 | COMENITY PAY IL  DES:PHONE PYMT ID:P19101262377180  INDN:INGRID CEDANO  ID:1133163498 TEL | CO | -40.00 |
| 04/15/19 | Zelle Transfer Conf# 9c76d0f45; ANA | | -50.00 |
| 04/15/19 | Zelle Transfer Conf# 08891bd76; ANA | | -50.00 |
| 04/15/19 | Zelle Transfer Conf# 6cda5dc12; ANA | | -100.00 |
| 04/15/19 | NJ TLR cash withdrawal from CHK 3198 | | -2,200.00 |
| 04/18/19 | Zelle Transfer Conf# 3c91c9bc8; Yinny | | -25.00 |
| 04/23/19 | Zelle Transfer Conf# 24fcb14bb; ANA | | -50.00 |
| **Total other subtractions** | | | **-$4,962.38** |