Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 15−16769−VFP  
Chapter: 13  
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ingrid Cedano  
   68 Lembeck Avenue  
   Jersey City, NJ 07305

Social Security No.:  
   xxx−xx−1099

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/6/19 at 10:00 AM

to consider and act upon the following:

**58** − Creditor's Certification of Default (related document:21 Motion for Relief from Stay re: 68 Lembeck Avenue, Jersey City NJ 07305. Fee Amount &#036 176. filed by Creditor MidFirst Bank, 30 Creditor's Certification of Default filed by Creditor MidFirst Bank, 55 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 05/10/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**59** − Certification in Opposition to (related document:58 Creditor's Certification of Default (related document:21 Motion for Relief from Stay re: 68 Lembeck Avenue, Jersey City NJ 07305. Fee Amount &#036 176. filed by Creditor MidFirst Bank, 30 Creditor's Certification of Default filed by Creditor MidFirst Bank, 55 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 05/10/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by James J. Fitzpatrick on behalf of Ingrid Cedano. (Fitzpatrick, James)

Dated: 5/9/19

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court