Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 15−16769−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ingrid Cedano
   68 Lembeck Avenue
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−1099

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/6/19 at 10:00 AM

to consider and act upon the following:

*58* − Creditor's Certification of Default (related document:21 Motion for Relief from Stay re: 68 Lembeck Avenue, Jersey City NJ 07305. Fee Amount &#036 176. filed by Creditor MidFirst Bank, 30 Creditor's Certification of Default filed by Creditor MidFirst Bank, 55 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 05/10/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*59* − Certification in Opposition to (related document:58 Creditor's Certification of Default (related document:21 Motion for Relief from Stay re: 68 Lembeck Avenue, Jersey City NJ 07305. Fee Amount &#036 176. filed by Creditor MidFirst Bank, 30 Creditor's Certification of Default filed by Creditor MidFirst Bank, 55 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 05/10/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by James J. Fitzpatrick on behalf of Ingrid Cedano. (Fitzpatrick, James)

Dated: 5/9/19

                    Jeanne Naughton
                    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 15-16769-VFP
Ingrid Cedano                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 09, 2019
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db            +Ingrid Cedano,    68 Lembeck Avenue,    Jersey City, NJ 07305-3938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James J. Fitzpatrick    on behalf of Debtor Ingrid  Cedano nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    MidFirst Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas  Fitzgerald    on behalf of Debtor Ingrid  Cedano nickfitz.law@gmail.com
              Sarah J. Crouch    on behalf of Debtor Ingrid  Cedano nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
                                                                                               TOTAL: 7